In the Matter of the Accounting of CLARENCE W. McKAY, as Executor of JULIA E. T. NEWTON, Deceased, Appellant. PEOPLE's RESCUE MISSION et al., Respondents.

Submitted October 20, 1941; decided October 23, 1941.

*Clarence W. McKay,* in person, for motion.

*Joseph L. Humphrey* and *F. C. Goodwin, T. Carl Nixon, T. J. Hargrave, E. W. Middleton* and *F. E. Devans* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.